## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ALI MEHRALIAN,                              Civil No. 15-1877 (JRT/JSM)

         Plaintiff,

v.                                     **ORDER ON REPORT**
                                       **AND RECOMMENDATION**

COMMISSIONER OF CORRECTIONS,
SHERBURNE COUNTY JAIL,

         Defendant.

---

Ali Mehralian, P.O. Box 20393, Bloomington, MN 55420, *pro se* plaintiff,

The above matter came before the undersigned on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 18, 2015.  No objections to that Report and Recommendation have been filed in the time permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. Petitioner's application to proceed *in forma pauperis* [Docket No. 2] is DENIED AS MOOT.

3. Petitioner's motion to appear before a federal district court judge [Docket No. 3] is DENIED AS MOOT.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 9, 2015  
at Minneapolis, Minnesota

                                                s/John R. Tunheim  
                                              JOHN R. TUNHEIM  
                                          United States District Judge